# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Michelle Marcowka
                                               Plaintiff,

v.                                                                             Case No.: 1:10−cv−07706
                                                                            Honorable John F. Grady

Cavalry Portfolio Services, LLC.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2011:

      MINUTE entry before Honorable John F. Grady:Pursuant to the notice of voluntary dismissal filed by the plaintiff on 1/29/2011 this case is dismissed with prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.